# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10cv076

| | |
|---|---|
| JULI ANN O. NISHIMUTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| KATHLEEN SEBELIUS, as ) | |
|    Secretary of the United States ) | |
|    Department of Health and ) | |
|    Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the *pro se* Plaintiff's Motion to view her case documents online via PACER website. [Doc. 23].

Plaintiff's Motion suggests that she is unaware that PACER is a public service of the United States Judiciary. This Court does not regulate access to it. Plaintiff may at any time, and at her own cost, establish a PACER account, which will allow her to access the docket in this matter whenever she desires. Information about, and registration for, PACER accounts is available at http://www.pacer.gov. Plaintiff should contact the

Clerk of this Court with any questions she may have about PACER that are not answered by the PACER website.

Plaintiff is advised that modest fees are charged by PACER for access to certain documents. There is no need for her to incur that cost in connection with this case, since she is mailed a copy of every document filed by Defendant and by this Court, free of charge. PACER contains nothing about her case that she is not already receiving without charge.

As Plaintiff does not need this Court's permission to acquire or use a PACER account,

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion [Doc. 23] is moot and as such, **DENIED**.

To any extent that Plaintiff's Motion confuses PACER with the ECF system and is intended to articulate a request for access to ECF, that is prohibited by the Local Rules. A.P.G.F.& S.B.E.A. § I(A). Such a motion would be **DENIED**.

Signed: December 31, 2010

Martin Reidinger
United States District Judge